# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
Jan 19, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE TRACKING OF GMC SIERRA WITH CA LICENSE PLATE 8N19756 (VIN: 2GTEK133X81230687). | CASE NO. 1:22-SW-00022-SAB<br><br>SEALING ORDER<br><br>**FILED UNDER SEAL** |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The Application for Tracking Warrant and Tracking Warrant in the above-captioned case be kept under seal until further order of the court. The court finds that: (1) closure serves a compelling interest in protecting the integrity of investigations into criminal activity and the identity of individuals who assist law enforcement in investigations; (2) there is a substantial probability that, in the absence of closure, this compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest.

Date: **Jan 18, 2022**

United States Magistrate Judge

ORDER

1